445 A.2d 496

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John SPONHOUSE, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 16, 1982.

Decided May 21, 1982.

Kevin H. Way, Asst. Public Defender, for appellant. Robert F. Banks, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## OPINION

LARSEN, Justice.

In this appeal from the judgment of sentence of the Court of Common Pleas of Lycoming County, appellant appeals to this Court: (1) claiming the evidence was not sufficient to convict him; (2) the trial court erred in consolidating appellant's case with his codefendant's case for trial; (3) the trial court erred in refusing to grant a mistrial based on the prosecutor's remarks in his closing argument; (4) the trial court erred in refusing to take judicial notice of the 1978 Farmer's Almanac; and (5) the trial court erred in refusing to admit into evidence hearsay testimony of a defense witness. We have reviewed the record and find these contentions to be without merit.

Accordingly, the order of the court below is affirmed.